IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL MUNSON                            :    CIVIL ACTION
                                       :
          v.                           :
                                       :                FILED
THE PICC CORRECTIONAL FACILITY         :
ON STATE ROAD                          :    NO. 15-4476    OCT 26 2015

                                                MICHAEL E. KUNZ, Clerk
                                                By_____ Dep. Clerk

                    O R D E R

     AND NOW, this 26th day of October 2015, plaintiff having failed to file a certified copy of his prisoner account statement for the entire six-month period prior to the filing of this civil action on August 10, 2015, pursuant to 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

     1.   Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

     2.   The Clerk of Court shall CLOSE this case statistically.

                         BY THE COURT:

                         _____
                         L. FELIPE RESTREPO, J.

---

     [1] Plaintiff must file a certified prisoner account statement, showing all deposits, withdrawals and a current balance, from any correctional facility in which he was confined during the six-month period from February 10, 2015 to August 10, 2015.